1   MELODIE A. WHITSON (WA SBN 42100)
    JESSE A. P. BAKER (WA SBN 36077)
2   SHANNON L. KINGSTON (WA SBN 38626)
    PITE DUNCAN, LLP
3   14510 NE 20th Street, #203
    Bellevue, WA 98007
4   Telephone: (425) 644-6471

5   **Mailing Address:**
    4375 Jutland Drive, Suite 200
6   P.O. Box 17933
    San Diego, CA 92177-0933
7   Telephone: (858) 750-7600
    Facsimile: (619) 590-1385
8

9   Attorneys for   BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY
                    MERGER TO LASALLE BANK NA AS TRUSTEE FOR WASHINGTON
10                  MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WAMU SERIES
                    2007-OA4 TRUST

**UNITED STATES BANKRUPTCY COURT**

**WESTERN DISTRICT OF WASHINGTON - SEATTLE**

| In re | Case No. 10-14955-TTG |
|---|---|
| JOSEPH THOMAS SELLARS AND KRISTI KAY SELLARS, | Chapter 7 |
| Debtor(s). | **BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WAMU SERIES 2007-OA4 TRUST'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS** |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for Bank of America, National Association as successor by merger to LaSalle Bank NA as trustee for Washington Mutual Mortgage Pass-Through Certificates WaMu Series 2007-OA4 Trust, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all

REQUEST FOR SPECIAL NOTICE                - 1 -

1 pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings
2 or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any
3 adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or
4 any other auxiliary filings, as well as notice of all matters which must be noticed to creditors,
5 creditors committees and parties-in-interest and other notices as required by the United States
6 Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

JESSE A. P. BAKER
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92177-0933

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b. Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Pite Duncan, LLP's participation in the instant proceeding. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize Pite Duncan, LLP, either expressly or impliedly through Pite Duncan, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

c. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

/././

    d.    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

    e.    Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

Dated: May 28, 2010                    PITE DUNCAN, LLP

/s/ Jesse A. P. Baker
Jesse A. P. Baker, WSBA #36077
Attorneys for BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WAMU SERIES 2007-OA4 TRUST

REQUEST FOR SPECIAL NOTICE

3