MELODIE A. WHITSON (WA SBN 42100)
JESSE A. P. BAKER (WA SBN 36077)
SHANNON L. KINGSTON (WA SBN 38626)
PITE DUNCAN, LLP
14510 NE 20th Street, #203
Bellevue, WA 98007
Telephone: (425) 644-6471

**Mailing Address:**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Honorable Thomas T. Glover
CHAPTER: 7
HEARING DATE: June 23, 2010
HEARING TIME: 9:30am
RESPONSE DATE: June 16, 2010

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| In re<br><br>JOSEPH THOMAS SELLARS AND KRISTI KAY SELLARS,<br><br>Debtor(s). | No. 10-14955-TTG<br><br>ORDER GRANTING RELIEF FROM AUTOMATIC STAY |

This matter, having come before the court on the Motion for Relief From Automatic Stay filed by Bank of America, National Association as successor by merger to LaSalle Bank NA as trustee for Washington Mutual Mortgage Pass-Through Certificates WaMu Series 2007-OA4 Trust ("Movant"), and the court having reviewed all documents filed in support of and in opposition to said motion, and having heard any argument of counsel, and having reviewed the records and files herein, and otherwise being fully advised in the premises, now, therefore,

IT IS HEREBY ORDERED:

1.  That the automatic stay of 11 United States Code section 362 is terminated as it applies to the enforcement by Movant of all of its rights in the Real Property commonly known as 2525 Center Rd, Everett, Washington 98204, and legally described as:
    SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF,
under the Note and Deed of Trust;

2.  That Movant is granted leave to foreclose on the Real Property and to enforce the security interest under the Note and Deed of Trust, including any action necessary to obtain

ORDER GRANTING RELIEF FROM AUTOMATIC STAY    -1-

possession of the Property;

3. That the 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived;

4. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the property, Movant may proceed in State Court for forcible detainer pursuant to applicable state law;

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case; and

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

Dated: _____

Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

Presented By:

PITE DUNCAN, LLP

/s/ Jesse A. P. Baker
Jesse A. P. Baker WSBA# 36077
Attorneys for Bank of America, National Association as successor by merger to LaSalle Bank NA as trustee for Washington Mutual Mortgage Pass-Through Certificates WaMu Series 2007-OA4 Trust

ORDER GRANTING RELIEF FROM AUTOMATIC STAY   -2-